# ELECTRONIC RECORD

COA # 03-13-00275-CR          OFFENSE: 19.02

STYLE: Mario Lewis v. The State of Texas     COUNTY: Bell

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 264th District Court

DATE: 04/16/15          Publish: NO    TC CASE #: 68019

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Mario Lewis v. The State of Texas     CCA #: 567-15

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____     JUDGE: _____

DATE: 09/16/205     SIGNED: _____     PC: _____

JUDGE: Per Curiam     PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**